# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 1:21-mj-00722 |
| | ) | |
| Brenton Preston | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 23, 2021__ in the county of __Hamilton__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Seth Goldstein
*Complainant's signature*

TFO Seth Goldstein, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: August 3, 2021

City and state: Indianapolis, Indiana

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Seth Goldstein, being duly sworn, does depose and state:

## Affiant Background and Purpose of Affidavit

1. I am currently a Detective with the Fishers Police Department (FPD). My law enforcement career began in 2005 as a sworn law enforcement officer with the Los Angeles Police Department (LAPD). I remained in this position until 2012, when I became a sworn law enforcement officer for FPD. In December 2019, I was assigned as a Detective to the Crime Gun Intelligence Center (CGIC) Indianapolis Task Force. In September 2020, I became a Task Force Officer (TFO) for the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice. In connection with my duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the interviews of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. This Affidavit is submitted in support of a Criminal Complaint charging Brenton PRESTON, D.O.B. XX/XX/1996, with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and

my experience and training. The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter.

**Facts and Circumstances Supporting Probable Cause**

4. On May 8, 2021, Hamilton County Sheriff's Deputies attempted to conduct a traffic stop on a 2006 black Lexus bearing Indiana license plate AC6875 after it was paced traveling at 80 MPH in a 55 MPH zone in the 13600 block of northbound US31. The vehicle failed to stop, and a deputy pursued the car. The Lexus reached speeds of approximately 100 MPH during the vehicle pursuit. The pursuit ended in the 17100 block of Oak Road, when the Lexus lost control and crashed into a field at a "T" intersection.

5. A Deputy observed the Lexus driver, and sole occupant, exit the vehicle and flee on foot into a wooded area. Deputies set a perimeter and eventually located the driver, who was determined to be Brenton PRESTON, at 2101 Pheasant Run, Westfield, IN 46074. The deputy who had pursued the Lexus and observed the driver exit and flee on foot identified PRESTON as the same individual he saw flee from the Lexus.

6. Deputies contacted the registered owner of the Lexus, who stated that she did not know PRESTON, and that her daughter had been using the car. Deputies then contacted the car owner's daughter, who also stated that she did not know PRESTON. She stated that she had left the car unlocked outside her residence in Marion County earlier in the day, with the keyfob in the center console, and had not seen the car since.

7. Deputies determined the vehicle had been stolen. In preparation for the car to be towed to an impound lot, an inventory search was conducted. During the inventory of the Lexus, deputies observed and recovered a black Taurus G2C 9mm handgun (serial no. ABA207810) on the front passenger floorboard.

8. Deputies called the registered owner and her daughter once again to ask if either of them owned a firearm. They both stated that they did not.

9. The black Taurus G2C 9mm handgun was loaded and had a round in the chamber.

10. At the time of both of the incidents referenced in this Affidavit, PRESTON had knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

    a. Armed Robbery, a Level 3 Felony, in Hamilton County (Indiana) under cause no. 29C01-1503-F3-002992 on or about January 14, 2016; and/or,

    b. Residential Entry, a D Felony, in Hamilton County (Indiana) under cause no. 29D01-1405-FC-003990 on or about July 10, 2014.

11. The Taurus G2C 9mm handgun was processed for DNA. On June 22, 2021, the Indiana State Police Laboratory Division completed a DNA comparison examination (Lab no. 21I-03800) between DNA swabs taken from the Taurus G2C 9mm handgun and a buccal cell standard obtained from PRESTON. The examination located DNA profiles suitable for comparison on 4 out of the 5 swabs taken from the Taurus and matched them with PRESTON's DNA. The report indicates that the swabs from the Taurus contained a mixture of DNA from three to four individuals and that the mixture is at least "1 trillion times more likely" to have originated from PRESTON and other unknown individuals than from three to four unknown individuals.

12. An interstate nexus expert with ATF reviewed the characteristics of the recovered Taurus G2C 9mm handgun and determined that the firearm was not manufactured in the state of Indiana. By virtue of its presence in Indiana, therefore, the firearm had to have been transported or shipped in interstate or foreign commerce.

13. All of the above events occurred in the Southern District of Indiana, Indianapolis Division.

## Conclusion

14. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on or about May 8, 2021, in the Southern District of Indiana, Brenton PRESTON, did commit the crime of Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging PRESTON with these crimes, along with a warrant for his arrest.

/s/ Seth Goldstein

Seth Goldstein, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Dated: August 3, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana